# IN THE SUPREME COURT OF THE STATE OF NEVADA

CALVIN DARNELL MOTEN,
Petitioner,
vs.
CITY OF NORTH LAS VEGAS,
Respondent.

No. 79183

**FILED**

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition was docketed in this court on July 17, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Calvin Darnell Moten
       City of North Las Vegas

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-35401